UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80127-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNY HAROLD JOHNSON,
    Defendant.
---------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 49]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations is **adopted**.

2. A sentencing hearing will be conducted on **Thursday, May 18, 2016,** at **1:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of April, 2016.

**Copies furnished:**
All Counsel of Record

_____
Daniel T. K. Hurley
United States District Judge