UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80127-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNY HAROLD JOHNSON,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 49]. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations is **adopted**.

    2. A sentencing hearing will be conducted on **Thursday, May 18, 2016,** at **1:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of April, 2016.

                                                          Daniel T. K. Hurley
                                                      United States District Judge

**Copies furnished:**
All Counsel of Record